# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2018

156896(66)

STEPHANIE REESE, Personal Representative of
the Estate of LEAH CARPENTER,
    Plaintiff-Appellant,
and

DEPARTMENT OF COMMUNITY HEALTH,
    Intervening Plaintiff,
v

WEINER & ASSOCIATES, PLLC, RONALD
M. APPLEBAUM, ERIK J. STONE, NICHOLAS
M. MARCHENIA, GREAT LAKES
AMBULATORY SURGICAL CENTER, LLC,
d/b/a ENDOSURGICAL CENTER AT GREAT
LAKES, GREATER LAKES ANESTHESIA,
PLLC, ENTERPRISE LEASING COMPANY OF
DETROIT, LLC, CYRIL V. WEINER, WILLIAM
J. FOCAZIO, MD, and MICHAEL ANGELO,
    Defendants-Appellees,
and

PAUL PETRE, MD, PAUL PETRE, MD, PC,
HOME CLINIC GROUP, PC, HOME CLINIC,
PC, REESE J. JAMES, DO, KELLAM &
ASSOCIATES, PC, AMERICAN PAIN
DOCTORS, PLC, 1-800-USLAWYER, EDWARD
M. FIROSZ, PACIFIC MARKETING, INC., and
ELITE SURGICAL MEDICAL CONSULTANTS,
LLC,
    Defendants.
_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156896
COA: 332142
Macomb CC: 2013-003215-NO

On order of the Court, the motion for reconsideration of this Court's May 29, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.



a0924

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2018



Clerk